# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

KENNETH SMITH,

    Petitioner,

:

Case No. 1:12-cv-196

  -vs-

:

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

FRANCISCO PINEDA, Warden,

:

    Respondent.

## RECOMMITTAL ORDER

This capital habeas corpus case is before the Court on the Warden's Objections (Doc. No. 13) to the Magistrate Judge's Report and Recommendations (Doc. No. 11) recommending, on remand from the Sixth Circuit, that this case be determined not to be a second or successive application for habeas corpus.   Petitioner has responded to those Objections (Doc. No. 15).

The District Judge has preliminarily considered the Objections and believes the issues raised therein will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report and recommendations.

                                                     **s/Thomas M. Rose**

September 26, 2012.                              _____

                                                        Thomas M. Rose
                                                  United States District Judge