**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**KENNETH SMITH,**

              **Petitioner,**

**-vs-**                                       **Case No. 1:12-CV-196**

                                               **District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz**

**FRANCISCO PINEDA, Warden,**

              **Respondent.**

## ENTRY AND ORDER

      Petitioner having filed his Motion for Leave to File an Amended and Supplemental Petition for Writ of Habeas Corpus (doc. 46) on April 13, 2015, within the Court's previously ordered time frame, the Court **DENIES**, as moot, the Petitioner's appeal of the Court's Decision and Order (doc. 43) denying the Petitioner's Fourth Motion to Extend the Stay of Consideration of his Lethal-Injections Claims and to Extend the Time to File his Motion for Leave to Amend his Habeas Petition with Amended Lethal Injections Claims (doc. 40).

      **DONE** and **ORDERED** in Dayton, Ohio, this 16th day of April, 2015.

                                                         *s/Thoms M. Rose*

                                                    THOMAS M. ROSE, JUDGE
                                                    UNITED STATES DISTRICT COURT